IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  06-cr-00456-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MICHAEL ABEYTA,
2.    **JAVIER FUENTES-SOTELO, a/k/a Pollo,**
3.    LUIS TRUJILLO,

       Defendants.

_____

**ORDER GRANTING MOTION TO WAIVE APPEARANCE**
_____

THIS MATTER is before the Court on the Motion to Waive Appearance at the September 10, 2007 hearing by Defendant Javier Fuentes-Sotelo. Based upon the waiver of Defendant,

**IT IS ORDERED** that the Motion is **GRANTED**. The appearance of Defendant Javier Fuentes-Sotelo is waived for the September 10, 2007 pretrial conference.

Dated this 5th day of September, 2007.

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge