UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00456-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MICHAEL ABEYTA,
2. **JAVIER FUENTES-SOTELO,**
   **a/k/a Pollo,** and
3. LUIS TRUJILLO,

       Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#214)** on September 18, 2007, by Defendant Javier Fuentes-Sotelo, a/k/a Pollo. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Tuesday, October 9, 2007,** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for November 5, 2007, and the

November 13, 2007, trial date are **VACATED** as to Defendant Fuentes-Sotelo, only.

Dated this 19th day of September, 2007.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge