UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00456-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL ABEYTA,
2. **JAVIER FUENTES-SOTELO, a/k/a Pollo,** and
3. LUIS TRUJILLO,

      Defendants.

## ORDER CONTINUING CHANGE OF PLEA

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the day this matter is set for change of plea hearing.

**IT IS THEREFORE ORDERED** that the Change of Plea hearing set for October 9, 2007, at 10:00 a.m. is **continued** to **November 19, 2007**, at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 4th day of October, 2007.

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge